Entered: August 24th, 2020
Signed: August 24th, 2020

**SO ORDERED**

NO TIMELY OPPOSITION FILED.



Nancy V. Alquist
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:     Case No.: **19–24758 – NVA**     Chapter: **13**

**Vanett Wagner**
Debtor

## ORDER CONVERTING FROM CHAPTER 13
## TO A CASE UNDER CHAPTER 7 ON DEBTOR'S REQUEST

Upon consideration of the motion/application of the Debtor requesting conversion of this Chapter 13 case to a case under Chapter 7 pursuant to 11 U.S.C. § 1307(a), it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that this Chapter 13 is hereby converted to a case under Chapter 7 of the Bankruptcy Code; and

NOTICE is given to Debtor to comply with the requirements of Federal Bankruptcy Rule 1019.

cc:   Debtor
      Attorney for Debtor – J. Michael Broumas
      Case Trustee – Robert S. Thomas II
      U.S. Trustee

**End of Order**

13x03 (rev. 11/07/2005) – ecumberland